# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE INTERFACE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>    Defendant. | C.A. No. 12-cv-01286-RGA |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Vehicle Interface Technologies, LLC ("Plaintiff") and Defendant Porsche Cars North America, Inc. ("Defendant"), having settled their disputes in this action, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between Plaintiff and Defendant in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| FARNAN LLP | RICHARD LAYTON & FINGER, P.A. |
|---|---|
| By:  */s/ Brian E. Farnan*<br>      Brian E. Farnan (#4089)<br>      919 North Market Street<br>      12th Floor<br>      Wilmington, DE  19801<br>      Tel:  (302) 777-0300<br>      bfarnan@farnanlaw.com | By:  */s/ Frederick L. Cottrell, III*<br>      Frederick L. Cottrell, III (#2555)<br>      Jason J. Rawnsley (#5379)<br>      One Rodney Square<br>      920 North King Street<br>      Wilmington, DE 19801<br>      cottrell@rlf.com<br>      rawnsley@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  April 28, 2014

SO ORDERED this _____ day of _____, 2014.

_____
The Honorable Richard G. Andrews